UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION


DENISE WADE                                CIVIL ACTION NO. 16-cv-1291

VERSUS                                     JUDGE HICKS

ASSET MANAGEMENT SERVICES                  MAGISTRATE JUDGE HORNSBY
GROUP, LLC, ET AL


**MEMORANDUM ORDER**

Plaintiff filed this civil action against several defendants.  She settled with some. Of

the others, the only defendant to file an answer is Natalia Kabanova.  A default has been

entered against the other non-settling defendants.

The court set deadlines for the completion of discovery and the filing of any motion

for summary judgment or other dispositive motion with respect to the claims by Plaintiff

against Ms. Kabanova.  Doc. 32.  The November 3, 2017 deadline for dispositive motions

has passed, and no such motions have been filed.  The next step with respect to the claims

against Ms. Kabanova will be to set deadlines for the filing of a pretrial order, proposed

jury instructions, and other matters related to the jury trial demanded by Plaintiff.  Before

taking those steps, the court would like to see the other outstanding claims resolved.

In August 2017, the court directed Plaintiff to, within a reasonable time, file a

motion or motions for default judgment with respect to the several defaulted defendants.

Doc. 32. The order directed that the "motion(s) should be fully supported by affidavits,

documentation or other evidence sufficient to prove the validity of service of process, the

liability of defendant(s), and the extent of damages suffered. The motion(s) shall be supported by a memorandum that explains the legal basis for liability and damages, and that states whether an evidentiary hearing is necessary under the rules explained in Leedo Cabinetry v. James Sales & Distribution, Inc., 157 F.3d 410, 414 (5th Cir. 1998). The motion(s) must be accompanied by a proposed judgment." Plaintiff has not yet filed any motions for default judgment. The court now sets **February 5, 2018** as the deadline for filing any motions for default judgment. Failure to timely file such a motion with respect to a defaulted defendant may result in the claims against that defendant being dismissed for failure to prosecute.

If Plaintiff does not wish to pursue her claims against Ms. Kabanova or any other party, she should file a stipulation of dismissal or motion for voluntary dismissal.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 5th day of January, 2018.

Mark L. Hornsby
U.S. Magistrate Judge