

# NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Mentoli Trade Corp
P O Box 297
Oakland Park, FL 33334

---

Case: 5:16-cv-01291 #55
4 pages printed: Mon Feb 12 13:41:29 2018

---

## YOU COULD RECEIVE THIS NOTICE AS SOON AS
## IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENISE WADE, <br><br> Plaintiff, <br><br> -against- <br><br><br> ASSET MANAGEMENT SERVICES GROUP, LLC *et. al.*, <br><br> Defendants. | Civil No.: 5:16-cv-01291-SMH-MLH <br><br><br> JUDGE S. MAURICE HICKS, JR. <br><br> MAGISTRATE MARK V. HORNSBY <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff DENISE WADE, by and through the undersigned counsel, hereby requests that the above-captioned matter be dismissed without prejudice as to the named Defendants, NATALIA KABANOVA and RON WOOD, with each party to bear their own cost and attorney fees.

Dated: February 12, 2018

RESPECTFULLY SUBMITTED,

BY: s/Scott E. Brady
PHILIP BOHRER, Bar #14089
SCOTT E. BRADY, Bar #24976
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

and

Lesa G. Pascal, Esq.
**CHARLES, PASCAL, COHEN P.C.**
405 RXR Plaza
Uniondale, NY 11556
Telephone: (516)522-0677
Facsimile:  (516)706-1978

Case 5:16-cv-01291-SMH-MLH   Document 66   Filed 04/19/18   Page 4 of 5 PageID #: 372

## U.S. District Court

## Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Brady, Scott on 2/12/2018 at 1:38 PM CST and filed on 2/12/2018

| | |
|---|---|
| **Case Name:** | Wade v. Asset Management Services Group L L C et al |
| **Case Number:** | 5:16-cv-01291-SMH-MLH |
| **Filer:** | Denise Wade |
| **Document Number:** | 55 |

**Docket Text:**
NOTICE of Voluntary Dismissal *Pursuant to F.R.C.P. 41(a)(1)(A)(i)* by Denise Wade (aty,Brady, Scott)